**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF MICHIGAN**

_____

**MAITLAND, DELORES MARGUERITE**          **Case No.: 21-02136 jwb**
                                          **Chapter  7**

                    Debtor(s)
_____

**NOTICE OF REMOTE MEETING OF CREDITORS**

Please take notice that the meeting of creditors for this bankruptcy proceeding shall take place remotely, due to the special procedures taken as a result of the COVID-19 epidemic:

Date: 10/13/21
Time: 9:40 AM
Phone number to call:  1-877-447-3580
Participant passcode:  5568710

Please call at least 5 minutes before the time set for the meeting. Phones should be set to mute until your matter is called.  Once your matter is done, please set the phone to mute again to wait for another meeting, or hang-up to disconnect.

Note that the debtors and debtor attorneys are requested to also make a video connection for this meeting and have been provided information regarding that separately.  If a creditor also wishes to join by video, if any, please contact the trustee at trustee@meolilaw.com .

September 30, 2021              /S/Marcia R. Meoli_____
                                Marcia R. Meoli, trustee

                                17 West 10th Street, Suite 120
                                Holland, MI 49423
                                616.396.2124
                                mmeoli@meolilaw.com